**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| HOSPITALITY INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>SAM 939 LLC d/b/a MAXI'S, SAMUEL ARBITMAN, DeANDRE HOPSON, and JAQUELINE DONLAN,<br><br>Defendants.<br>________________________________<br><br>SAM 939 LLC d/b/a MAXI'S and SAMUEL ARBITMAN,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>A. ROBERT SARACINO and JOHN P. MEEHAN AGENCY, INC.,<br><br>Third-Party Defendants. | CIVIL ACTION<br><br>No. 25-cv-6582-JMY |

**ORDER**

**AND NOW**, this 26th day of August, 2026, upon consideration of Third-Party Defendants' Motion to Dismiss Third-Party Plaintiffs' Complaint against them (ECF No. 31), it is hereby **ORDERED** that, for the reasons set forth in the accompanying memorandum, Third-Party Defendants' motion is **DENIED**.

BY THE COURT:

/s/ *John Milton Younge*

**Judge John Milton Younge**